Case: 1:23-mj-00210
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 8/17/2023
Description: Complaint W/ Arrest Warrant

## STATEMENT OF FACTS

Between March and August 2023, Drug Enforcement Administration ("DEA") agents have conducted multiple controlled purchases of illegal narcotics from Jorge CRUZ MALDONADO and Vladimir ROQUE CERON through a DEA confidential source (hereafter referred to as the "CS"). As explained further below, CRUZ MALDONADO is one of ROQUE CERON's sources of supply, and CRUZ MALDONADO and ROQUE CERON are engaged in a conspiracy together to possess with the intent to distribute cocaine and fentanyl.

Throughout March to June 2023, on five different occasions, Vladimir ROQUE CERON sold a total of approximately 111 pills containing fentanyl and 197 grams of cocaine powder to the CS in exchange for $8,250 in U.S. currency. DEA laboratory testing has confirmed that the pills and the powder purchased from ROQUE CERON contained fentanyl and cocaine, respectively. All controlled purchases were audio/video recorded. Below are the transaction details for the purchases of cocaine and fentanyl pills made by the CS from ROQUE CERON:

- March 22, 2023* (Hyattsville, MD): approximately 15 pills containing fentanyl for $200;
- April 7, 2023* (Hyattsville, MD): approximately 96 pills containing fentanyl and 27.1 grams of cocaine for $2,200;
- April 19, 2023* (Hyattsville, MD): approximately 55.98 grams of cocaine for $2,100;
- April 28, 2023 (Hyattsville, MD): approximately 85.61 grams of cocaine for $2,700; and
- June 1, 2023 (Washington, DC): approximately 27.95 grams of cocaine for $1,050.

*A second CS also participated in these transactions.

Furthermore, from June to August 2023, on two different occasions, CRUZ MALDONADO directly sold a total of approximately 581 grams of cocaine powder to the CS in exchange for $16,000 in U.S. currency. Both controlled purchases were audio/video recorded. Below are the transaction details for the purchases of cocaine made by the CS from CRUZ MALDONADO:

- June 8, 2023 (Washington, DC): approximately 59.39 grams of cocaine for $1,600; and
- August 8, 2023 (Washington, DC): approximately 521.63 grams of cocaine for $14,400.

DEA laboratory testing has confirmed that the powder purchased from CRUZ MALDONADO on June 8, 2023 contained cocaine. The DEA lab results for the August 8, 2023 purchase remain pending.

Moreover, the evidence shows that CRUZ MALDONADO is one of ROQUE CERON's sources of supply, and that CRUZ MALDONADO and ROQUE CERON are engaged in a conspiracy together to distribute cocaine and fentanyl. For example, ROQUE CERON and CRUZ MALDONADO have made the following statements to the CS regarding their conspiracy:

- During the April 28, 2023 controlled purchase, ROQUE CERON told the CS that his fentanyl and gun source of supply is his brother-in-law from Honduras. ROQUE CERON stated that he can sell a kilogram of fentanyl to the CS for twenty-five thousand dollars

($25,000) and if the CS wants a cheaper price, the CS can go to Miami, Florida with ROQUE CERON to buy a kilogram for twenty to twenty-two thousand dollars ($20,000-$22,000) from his brother-in-law's connection. ROQUE CERON also advised that his brother-in-law has access to kilograms of fentanyl readily available. In a later communication between CRUZ MALDONADO and the CS on June 5, 2023, as further described below, CRUZ MALDONADO identified himself as ROQUE CERON's brother-in-law.

- During the June 1, 2023 controlled purchase, ROQUE CERON advised that his fentanyl source-of-supply, who is also his brother-in-law from Honduras, will be present during the transaction if the CS wants to purchase a kilogram of fentanyl powder for $25,000 in the future.

- On June 05, 2023, the CS received a phone call from CRUZ MALDONADO in which CRUZ MALDONADO stated that he is "Vladimir's" (i.e., ROQUE CERON's) fentanyl powder, cocaine, and firearms source-of-supply and identified himself as ROQUE CERON's brother-in-law. Additionally, CRUZ MALDONADO indicated that he supplied ROQUE CERON with the fentanyl and cocaine powder that the CS had previously purchased from ROQUE CERON. At the end of the call, CRUZ MALDONADO asked the CS to contact CRUZ MALDONADO directly for future fentanyl, cocaine, and firearm purchases.

- During the June 8, 2023 controlled purchase, CRUZ MALDONADO reiterated to the CS that he is ROQUE CERON's fentanyl, cocaine powder, and firearms source-of-supply. CRUZ MALDONADO again told the CS that he supplied ROQUE CERON with all the cocaine and fentanyl powder the CS previously purchased from ROQUE CERON. CRUZ MALDONADO further stated that he always "fronts" the drugs by giving ROQUE CERON the cocaine and fentanyl powder prior to receiving payment and that ROQUE CERON pays him in cash after ROQUE CERON sells the drugs.

The following evidence further corroborates the conspiracy and association between CRUZ MALDONADO and ROQUE CERON:

- Law enforcement agents have identified pictures posted on social media of ROQUE CERON together with CRUZ MALDONADO; and of ROQUE CERON's wife with CRUZ MALDONADO at a birthday party, which corroborate CRUZ MALDONADO's statements to the UC that he is ROQUE CERON's brother-in-law and therefore, ROQUE CERON's source-of-supply.

- In preparation for the April 19, 2023 controlled purchase from ROQUE CERON, law enforcement conducted pre-operational surveillance at ROQUE CERON's residence in Capitol Heights, MD earlier that same day. At approximately 4:50 p.m., a silver Hyundai Elantra bearing District of Columbia license plate GK1785, registered to CRUZ MALDONADO, was observed pulling into the driveway of ROQUE CERON's residence. Moments later, ROQUE CERON came out of his residence and appeared to engage in an exchange with the driver through the front passenger side window. Shortly thereafter, the

Hyundai Elantra left ROQUE CERON's residence and at approximately 5:05 p.m., ROQUE CERON called the CS and stated that he obtained the fentanyl powder and was ready to meet. The controlled purchase of approximately 55.98 grams of cocaine from ROQUE CERON took place that day at 5:53 pm.

- In preparation for the April 28, 2023 controlled purchase from ROQUE CERON, law enforcement conducted pre-operational surveillance of ROQUE CERON earlier that same day. At approximately 4:06 p.m., ROQUE CERON's vehicle was observed pulling over along the 4000 block of 13th Street NW, Washington, DC 20011, and an unidentified Hispanic male exited the front passenger's side door and entered the same silver Hyundai Elantra registered to CRUZ MALDONADO that was seen at ROQUE CERON's residence approximately one hour before the April 19, 2023, controlled purchase. Both ROQUE CERON's and CRUZ MALDONADO's vehicles subsequently pulled into the rear of Dorothy I. Height Elementary School located at 4300 13th Street NW, Washington, DC 20011. After this meeting, at approximately 4:30 p.m., ROQUE CERON confirmed with the CS that he had the fentanyl powder and was ready to meet. The controlled purchase of approximately 85.61 grams of cocaine from ROQUE CERON took place that day at 5:44 pm.

- On August 14, 2023, your affiant conducted surveillance of ROQUE CERON's residence in Capitol Heights, Maryland and observed a cardboard box next to the curb outside of the front yard of ROQUE CERON's residence. The mailing label on the carboard box reflected "Jorge cruz" as the recipient and ROQUE CERON's residence as the recipient's address, indicating that CRUZ MALDONADO receives mail at ROQUE CERON's residence.

Accordingly, I submit that there is probable cause to believe that CRUZ MALDONADO and ROQUE CERON have violated 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)(ii) and (b)(1)(C) (Conspiracy to Distribute 500 Grams or More of Cocaine and a Detectable Amount of Fentanyl) and that CRUZ MALDONADO has violated 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii) (Distribution of 500 Grams or More of Cocaine).

_____
SPECIAL AGENT BRIAN B. CHARLES
DRUG ENFORCEMENT ADMINISTRATION

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this   17th   day of August 2023.*

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE